IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AD HOC COMMITTEE OF EQUITY SECURITY HOLDERS OF VEROBLUE FARMS and its SUBSIDIARIES and AFFILIATES,<br><br>Appellant,<br><br>vs.<br><br>VEROBLUE FARMS USA, INC., and ALDER AQUA, LTD.,<br><br>Appellees. | CASE NO. 19-CV-3018-CJW-KEM<br><br>RECEIPT FOR EXHIBITS |

Following the disposition of the above titled action, the following exhibits described as: VeroBlue Farms' Exhibit 1 and 8 have been released to _Danielle Cripe_ on this _8th_ day of _December_, 20_23_. Exhibits should be kept in their original form until termination of any appeal in this matter or otherwise advised by this court that they may be destroyed.

_Danielle Cripe_
Signature

_US Bankruptcy Court - IANB_
Agency

_Karen S. Jorgensen_
Witness - Deputy Clerk